JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANA L. RUIZ,

               Plaintiff,

    v.

MEGAN J. BRENNAN,

               Defendant.

Case No.  2:19-cv-03451-RGK-MAA

**ORDER OF DISMISSAL**

     On May 5, 2019, the plaintiff was ordered to pay the filing fees in full or file an amended request to proceed *in forma pauperis* within 30 days or this case will be dismissed (Order, ECF No. 6).  To date, an amended request to proceed *in forma pauperis* has not been filed and no payment has been made.

     Therefore, IT IS ORDERED that this case is DISMISSED without prejudice. No further filings will be accepted under this case number.

DATED:  August 06, 2019

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE